932 A.2d 1185

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner

v.

Allan WENDELBURG, Respondent.

Misc. Docket AG, No. 17 Sept. Term, 2007.

Court of Appeals of Maryland.

Sept. 25, 2007.

# O R D E R

Upon consideration of the Petition for disciplinary or reme-
dial action filed in the above entitled matter in accordance
with Md. Rule 16–773 and no response having been made by
Allan Wendelburg, the respondent, to the show cause order, it
is this 25th day of September, 2007

**ORDERED,** by the Court of Appeals of Maryland, that
Allan Wendelburg is suspended for a period of three (3) years,
effective May 8, 2006, from the further practice of law in the
State of Maryland, and it is further

**ORDERED,** that the Clerk of this Court shall forthwith
strike the name of Allan Wendelburg from the register of
attorneys, in this Court and shall certify that fact to the
Trustees of the Client Protection Fund and the clerks of all
judicial tribunals in the State in accordance with Rule 16–
760(e).